**Jeffrey Thomas FARMER, Plaintiff–Appellant,**

v.

**UNIVERSITY OF NORTH CAROLINA, at Chapel Hill, Defendant–Appellee.**

No. 03–1273.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2003.

Decided April 22, 2003.

Jeffrey Thomas Farmer, Appellant Pro Se.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jeffrey Thomas Farmer appeals the district court's order dismissing his complaint alleging violations of the Americans with Disabilities Act and the Rehabilitation Act for failing to state a claim. *See* 28 U.S.C. § 1915(e) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Farmer v. University of North Carolina*, No. CA–03–103–H (E.D.N.C. Feb. 20, 2003). We deny Farmer's motions to expedite the appeal and to seal forwarded documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*